GEOFFREY E. WIGGS (State Bar No. 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@Wiggslaw.com

Attorney for Debtor

The following constitutes
the order of the court. Signed August 24, 2012

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

**In Re:**

**Hedayatullah Kohgadai**,

        Debtor.

) Case No.: **12-42532-RLE13**
)
) **Chapter 13**
)
) **ORDER VALUING LIEN OF WELLS**
) **FARGO BANK, N.A.**
)
)

On July 31, 2012, Debtor filed a motion to value collateral and avoid the second lien of **WELLS FARGO BANK, N.A.**, against the property commonly known as **29393 States Street, Hayward, CA 94544** and more fully described as:

**Assessor's Parcel Number 465-35-57 - Lot 22, as Shown on the Map entitled Tract 5742, filed February 3, 1988 in Book 173 of Maps, at Page 87, Alameda County Records.**

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

IT IS ORDERED THAT:

1. For purposes of Debtor's Chapter 13 plan only, the Lien is valued at zero, **WELLS FARGO BANK, N.A.** does not have a secured claim as to the second lien, and the Lien may not be enforced pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

2. This order shall become part of Debtor's Chapter 13 plan.

ORDER - 1

3. Upon entry of a discharge or completion of plan payments in Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtor's Chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER***

**COURT SERVICE LIST**

NONE