| UNITED STATES BANKRUPTCY COURT<br>Northern District of California (Oakland) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor:<br>Hedayatullah Kohgadai | Case Number:<br>12-42532 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004- 2AC | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 7837** | | ___ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   - [ ] I am the creditor.
   - [x] I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   - [ ] I am the trustee, or the debtor.
   - [ ] I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                          Date:  03/27/2015
   Michael Daniels - Assistant Secretary

Chapter 13 No. 12-42532

In re:             Judge: Judge Roger L. Efremsky

Hedayatullah Kohgadai

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:     Hedayatullah Kohgadai
             29393 State Street
             Hayward, CA 94544

Debtor's Attorney:     Geoff Wiggs
                         Law Offices of Geoff Wiggs
                         1900 South Norfolk St. ;350
                         San Mateo, CA 94403

Trustee:     Martha G. Bronitsky
             P.O. Box 9077
             Pleasanton, CA 94566

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent