GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@Wiggslaw.com

Attorney for Debtor

**Entered on Docket**
**January 23, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 23, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In Re:

**Hedayatullah Kohgadai**,

Debtor.

Case No.: **12-42532-RLE13**

**Chapter 13**

**ORDER ON OBJECTION TO CLAIM**

**CLAIMANT: Wells Fargo Bank, N.A.**

**CLAIM NO: 4**

Upon consideration of the REQUEST FOR ENTRY OF DEFAULT RE: OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the Objection is sustained. The claim of **Wells Fargo Bank, N.A.**, Claim number 4 is:

___  disallowed as to further payment.

** END OF ORDER **

SERVICE LIST

Wells Fargo Bank, NA - Home Equity
1 Home Campus X2303-01A
Des Moines, Ia 50328-0001

Timothy J. Sloan, CEO
Wells Fargo Bank, NA
101 N Phillips Ave
Sioux Falls, SD 57104-6738