Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re
    Hedayatullah Kohgadai

Chapter 13 Case Number:
12-42532-RLE13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of March 28, 2017, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on March 21, 2012 and confirmed by the Court, have been paid.

DATE: March 28, 2017           /s/ Martha G. Bronitsky
                                          Martha G. Bronitsky
                                          Chapter 13 Standing Trustee